# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

Stephen J. Markman,
Chief Justice

155115 & (51)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC:  155115
                                 COA:  328759
                                 Kent CC:  15-000869-FC

JAMAL DEVONTA BENNETT,
      Defendant-Appellant.

_____/

      On order of the Court, the motion to file supplement is GRANTED.  The application for leave to appeal the November 17, 2016 judgment of the Court of Appeals is considered.  We DIRECT the Kent County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017

p0913

                                    Clerk